UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BERMINGHAM<br>3913 Highwood Court, NW<br>Washington, DC 20007<br><br>and<br><br>SUSAN BERMINGHAM<br>3913 Highwood Court, NW<br>Washington, DC 20007<br><br>                           Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.,<br>One Merck Drive<br>Whitehouse Station, NJ 08889<br><br>                           Defendant. | CASE NUMBER   1:06CV00370<br><br>JUDGE: Richard J. Leon<br><br>DECK TYPE: Personal Injury/Malpractic<br><br>DATE STAMP: 03/02/2006 |

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

I, the undersigned, counsel of record for Defendant Merck & Co., Inc., certify that to the best of my knowledge and belief Defendant Merck & Co., Inc. has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Douglas R. Marvin
(D.C. Bar No. 933671)
Paul K. Dueffert
(D.C. Bar No. 435452)

725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Dated: March 2, 2006

Attorneys for Defendant Merck & Co., Inc.

Of Counsel:

John H. Beisner (Bar No. 320747)
Jessica D. Miller (Bar No. 457021)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300

Norman C. Kleinberg
Theodore V. H. Mayer
Charles Avrith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000