

**Nancy Mayer-Whittington /DCD/DC/USCOURTS**
04/26/2006 11:11 AM

To  Greg Hughes/DCD/DC/USCOURTS@USCOURTS, Angela Caesar/DCD/DC/USCOURTS@USCOURTS

cc

bcc

Subject  Fw: CTO-46

*CA06-370 (RCI)*

----- Forwarded by Nancy Mayer-Whittington/DCD/DC/USCOURTS on 04/26/2006 11:11 AM -----

**Dina Guilbeau/LAED/05/USCOURTS**
04/26/2006 11:02 AM

To  Sharon Harris/ALND/11/USCOURTS@USCOURTS, la civil_filings/CACD/09/USCOURTS@USCOURTS, Keith Holland/CAED/09/USCOURTS@USCOURTS, Rich Wieking/CAND/09/USCOURTS@USCOURTS, Nancy Mayer-Whittington/DCD/DC/USCOURTS@USCOURTS, vioxx flmd/FLMD/11/USCOURTS@USCOURTS, Margaret Callier/GAND/11/USCOURTS@USCOURTS, Denza Bankhead/GAND/11/USCOURTS@USCOURTS, James Hatten/GAND/11/USCOURTS@USCOURTS, Marge Krahn/IASD/08/USCOURTS@USCOURTS, Wendy Messuri/IDD/09/USCOURTS@USCOURTS, Norbert Jaworski/ILSD/07/USCOURTS@USCOURTS, Steve Ludwig/INND/07/USCOURTS@USCOURTS, Theresa Amato/INSD/07/USCOURTS@USCOURTS, Claudia Gibson/MDD/04/USCOURTS@USCOURTS, LuAnn Davis/MDD/04/USCOURTS@USCOURTS, Rich Sletten/MND/08/USCOURTS@USCOURTS, Karen R Moore/MOED/08/USCOURTS@USCOURTS, Arlen Coyle/MSND/05/USCOURTS@USCOURTS, Robert Heinemann/NYED/02/USCOURTS@USCOURTS, Dorothy Guranich/NYSD/02/USCOURTS@USCOURTS, Richard Wilson/NYSD/02/USCOURTS@USCOURTS, Jean Marie McCarthy/NYWD/02/USCOURTS@USCOURTS, Renee Schumitsh/OHND/06/USCOURTS@USCOURTS, Jenny E Smolinski/OHND/06/USCOURTS@USCOURTS, CM-ECF Intake OKND/OKND/10/USCOURTS@USCOURTS, Rick Wade/OKWD/10/USCOURTS@USCOURTS, Michael Kunz/PAED/03/USCOURTS@USCOURTS, David_DiMarzio@rid.uscourts.gov, Joe Haas/SDD/08/USCOURTS@USCOURTS, John Medearis/TNED/06/USCOURTS@USCOURTS, Barbara Wicks/TXED/05/USCOURTS@USCOURTS, Karen Mitchell/TXND/05/USCOURTS@USCOURTS, Sonia VanCamp/TXND/05/USCOURTS@USCOURTS, Mark Wells/TXSD/05/USCOURTS@USCOURTS, UTDecf Clerk/UTD/10/USCOURTS@USCOURTS, WAWDml_DOCKSEA, Stephan Harris/WYD/10/USCOURTS@USCOURTS

cc

Subject  CTO-46

**IN RE: MDL 1657**
**VIOXX PRODUCTS LIABILITY LITIGATION**

Attached is a certified copy of the transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case(s) listed be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. The order includes the case number(s) assigned to each action by the Eastern District of Louisiana.

The Honorable Eldon E. Fallon, U.S. District Judge, issued an order directing that the transferred of records consist of only a copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order.

Please forward the above requested documents, preferably as PDF documents attached to an email addressed to vioxx_mdl_clerk@laed.uscourts.gov. Please attach separate PDFs for each of the documents. If this is not possible, please forward the printed copies of the requested documents via mail.

Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.


cto-46.pdf